UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Angel Parr-Remigio and  
Melissa Keiber

Case No.: 16-31633  
Chapter: 7  
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

__Karen E. Bezner__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk  
United States Bankruptcy Court  
United States Courthouse  
402 East State Street  
Trenton, New Jersey 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on __January 31, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 12 Pennington Road  
New Brunswick, New Jersey  
Valued at $191,000.00 |
|---|---|

| Liens on property: | M&T Bank, $152,753.00  
costs of sale estimated at 10% or $19,000.00 |
|---|---|

| Amount of equity claimed as exempt: | $47,350.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee   /s/  Karen E. Bezner  
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076  
Telephone No.: (908) 322-8484

rev.8/1/15

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 16-31633-CMG
Angel A Parra-Remigio                                                   Chapter 7
Melissa A Keiber
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3           User: admin                  Page 1 of 2                  Date Rcvd: Jan 12, 2017
                               Form ID: pdf905              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2017.
db/jdb        +Angel A Parra-Remigio,    Melissa A Keiber,    12 Pennington Rd,    New Brunswick, NJ 08901-1611
516495661    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
               Richmond, VA 23238)
516495657     +Cap One Na,    Po Box 26625,    Richmond, VA 23261-6625
516495658     +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516495659    #+Capital One,    Po Box 5253,    Carol Stream, IL 60197-5253
516495662     +Convergent Outsourcing,    800 Sw 39th St,    Renton, WA 98057-4975
516495663     +Crb/greensky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
516495665     +Cross River Bk/greensk,    1797 N East Expy Ne,    Brookhaven, GA 30329-7803
516495666      Greensky,    PO Box 29429,    New Brunswick, NJ 08901
516495673     +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516495675     +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516495676     +New Avon LLC,    PO Box 405003,    Cincinnati, OH 45240-5003
516495677     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516495678     +Newborn Audiology Screening,    1000 HADDONFIELD BERLIN RD,    Voorhees, NJ 08043-3520
516495679     +Perth Amboy Anesthesia,    530 NEW BRUNSWICK AVE,    Perth Amboy, NJ 08861-3654
516495680     +Phoenix Financial Service LLC,    PO Box 361450,    Indianapolis, IN 46236-1450
516495681     +RBMC Physicians,    PO Box 11665,    Newark, NJ 07101-4665
516495682     +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516495683     +Revenue Recovery Corp,    612 Gay St,    Knoxville, TN 37902-1603
516495684     +Rutgers University Dental Associates,    90 Bergen Street Suit 7700,    Newark, NJ 07103-2425
516495685      Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516495686     +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
516495687      Southern Bank Emerg Physicians,    PO Box 37794,    Philadelphia, PA 19101-5094
516495688     +Sunrise Credit Services, INC,    260 Airport Plaza,    Farmingdale, NY 11735-4021
516514755      Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
516495691     +Wells Fargo,    Po Box 14517,    Des Moines, IA 50306-3517
516495692     +Wfds/wds,    Po Box 1697,    Winterville, NC 28590-1697
516495693     +Wffnb Dual L,    800 Walnut Street,    Des Moines, IA 50309-3605
516495694     +William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2017 23:36:19     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2017 23:36:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516495656     +E-mail/Text: banko@berkscredit.com Jan 12 2017 23:35:53     Berks Credit & Coll,
               900 Corporate Dr,    Reading, PA 19605-3340
516495664     +E-mail/Text: creditonebknotifications@resurgent.com Jan 12 2017 23:35:30     Credit One Bank Na,
               Po Box 98872,    Las Vegas, NV 89193-8872
516495668      E-mail/Text: cio.bncmail@irs.gov Jan 12 2017 23:35:49     Internal Revenue Service,
               44 South Clinton Ave,    Trenton, NJ 08601
516495670     +E-mail/Text: ebn@ltdfin.com Jan 12 2017 23:35:59     LTD Financial Services, L.P.,
               P.O. Box 630769,    Houston, TX 77263-0769
516495671      E-mail/Text: camanagement@mtb.com Jan 12 2017 23:35:59     M & T Bank,    1 Fountain Plz,
               Buffalo, NY 14203
516495674     +E-mail/Text: bkr@cardworks.com Jan 12 2017 23:35:20     Merrick Bank,    Pob 9201,
               Old Bethpage, NY 11804-9001
516495689     +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 23:39:29     Syncb/pc Richard,
               C/o Po Box 965036,    Orlando, FL 32896-0001
516495690     +E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2017 23:39:29     Syncb/walmart,    Po Box 965024,
               Orlando, FL 32896-5024
516495695     +E-mail/Text: collect@williamsalexander.com Jan 12 2017 23:35:57     Williams/alexander & A,
               1479 Route 23 South,    Wayne, NJ 07470-7507
                                                                                             TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516495660      Capital One
516495669*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Services,    P.O. Box 9052,
               Andover, MA 01810-9052)
516495667*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
516495672    ##+Mariner Finance,    3301 Boston Street,    Baltimore, MD 21224-4979
                                                                                             TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3              User: admin               Page 2 of 2                Date Rcvd: Jan 12, 2017
                                  Form ID: pdf905           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Yakov  Rudikh    on behalf of Joint Debtor Melissa A Keiber yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
              Yakov  Rudikh    on behalf of Debtor Angel A Parra-Remigio yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 5