**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Angel A Parra−Remigio** | Social Security number or ITIN | **xxx−xx−2074** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melissa A Keiber** | Social Security number or ITIN | **xxx−xx−1997** |
| | First Name  Middle Name  Last Name | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **District of New Jersey**

Case number:  **16−31633−CMG**

## Order of Discharge                                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Angel A Parra−Remigio                                         Melissa A Keiber
                                                              aka Melissa Sarraj

2/10/17                                                      **By the court:**  Christine M. Gravelle
                                                                               United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                  Case No. 16-31633-CMG
Angel A Parra-Remigio                                                   Chapter 7
Melissa A Keiber
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Feb 10, 2017
                              Form ID: 318             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 12, 2017.
db/jdb        +Angel A Parra-Remigio,   Melissa A Keiber,   12 Pennington Rd,   New Brunswick, NJ 08901-1611
516495658     +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
516495663     +Crb/greensky,    1797 Ne Expressway,    Atlanta, GA 30329-7803
516495665     +Cross River Bk/greensk,    1797 N East Expy Ne,    Brookhaven, GA 30329-7803
516495666      Greensky,   PO Box 29429,   New Brunswick, NJ 08901
516495673     +Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
516495675     +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
516495676     +New Avon LLC,    PO Box 405003,   Cincinnati, OH 45240-5003
516495677     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
516495678     +Newborn Audiology Screening,    1000 HADDONFIELD BERLIN RD,    Voorhees, NJ 08043-3520
516495679     +Perth Amboy Anesthesia,    530 NEW BRUNSWICK AVE,    Perth Amboy, NJ 08861-3654
516495680     +Phoenix Financial Service LLC,    PO Box 361450,    Indianapolis, IN 46236-1450
516495681     +RBMC Physicians,    PO Box 11665,   Newark, NJ 07101-4665
516495682     +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
516495683     +Revenue Recovery Corp,    612 Gay St,   Knoxville, TN 37902-1603
516495684     +Rutgers University Dental Associates,    90 Bergen Street Suit 7700,   Newark, NJ 07103-2425
516495685      Saint Peter's University Hospital,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
516495687      Southern Bank Emerg Physicians,    PO Box 37794,    Philadelphia, PA 19101-5094
516495688     +Sunrise Credit Services, INC,    260 Airport Plaza,    Farmingdale, NY 11735-4021
516495694     +William E. Brewer, Esq.,    PO Box 1001,    Marmora, NJ 08223-5001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2017 06:29:44      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2017 06:29:40      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516495656     +E-mail/Text: banko@berkscredit.com Feb 11 2017 06:29:20      Berks Credit & Coll,
                900 Corporate Dr,   Reading, PA 19605-3340
516495661      EDI: CAPITALONE.COM Feb 11 2017 02:58:00      Capital One Bank Usa N,   15000 Capital One Dr,
                Richmond, VA 23238
516495657     +EDI: CAPITALONE.COM Feb 11 2017 02:58:00      Cap One Na,   Po Box 26625,
                Richmond, VA 23261-6625
516495659     +EDI: CAPITALONE.COM Feb 11 2017 02:58:00      Capital One,   Po Box 5253,
                Carol Stream, IL 60197-5253
516495662     +EDI: CONVERGENT.COM Feb 11 2017 02:58:00      Convergent Outsourcing,   800 Sw 39th St,
                Renton, WA 98057-4975
516495664     +EDI: RCSFNBMARIN.COM Feb 11 2017 02:58:00      Credit One Bank Na,   Po Box 98872,
                Las Vegas, NV 89193-8872
516495668      EDI: IRS.COM Feb 11 2017 02:58:00      Internal Revenue Service,   44 South Clinton Ave,
                Trenton, NJ 08601
516495670     +EDI: LTDFINANCIAL.COM Feb 11 2017 02:58:00      LTD Financial Services, L.P.,   P.O. Box 630769,
                Houston, TX 77263-0769
516495671      E-mail/Text: camanagement@mtb.com Feb 11 2017 06:29:28      M & T Bank,   1 Fountain Plz,
                Buffalo, NY 14203
516495674     +EDI: MERRICKBANK.COM Feb 11 2017 02:58:00      Merrick Bank,   Pob 9201,
                Old Bethpage, NY 11804-9001
516495686     +EDI: SEARS.COM Feb 11 2017 02:58:00      Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
516495689     +EDI: RMSC.COM Feb 11 2017 02:58:00      Syncb/pc Richard,   C/o Po Box 965036,
                Orlando, FL 32896-0001
516495690     +EDI: RMSC.COM Feb 11 2017 02:58:00      Syncb/walmart,   Po Box 965024,   Orlando, FL 32896-5024
516514755      EDI: BL-TOYOTA.COM Feb 11 2017 02:58:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516495691     +EDI: WFFC.COM Feb 11 2017 02:58:00      Wells Fargo,   Po Box 14517,   Des Moines, IA 50306-3517
516495692     +EDI: WFFC.COM Feb 11 2017 02:58:00      Wfds/wds,   Po Box 1697,   Winterville, NC 28590-1697
516495693     +EDI: WFFC.COM Feb 11 2017 02:58:00      Wffnb Dual L,   800 Walnut Street,
                Des Moines, IA 50309-3605
516495695     +E-mail/Text: collect@williamsalexander.com Feb 11 2017 06:29:25      Williams/alexander & A,
                1479 Route 23 South,   Wayne, NJ 07470-7507
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516495660      Capital One
516495669*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,   P.O. Box 9052,
                Andover, MA 01810-9052)
516495667*    +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-3           User: admin              Page 2 of 2             Date Rcvd: Feb 10, 2017
                               Form ID: 318             Total Noticed: 40

516495672    ##+Mariner Finance,   3301 Boston Street,   Baltimore, MD 21224-4979
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2017                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 10, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Yakov Rudikh    on behalf of Joint Debtor Melissa A Keiber yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
              Yakov Rudikh    on behalf of Debtor Angel A Parra-Remigio yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 5
```