Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                              Case No.: 16−31633−CMG
                              Chapter: 7
                              Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Angel A Parra−Remigio                          Melissa A Keiber
   12 Pennington Rd                                 aka Melissa Sarraj
   New Brunswick, NJ 08901                  12 Pennington Rd
                                                   New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−2074                                    xxx−xx−1997

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Karen E. Bezner is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 15, 2017</u>                 <u>Christine M. Gravelle</u>
                                                Judge, United States Bankruptcy Court